# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2021 KW 0668

VERSUS

JESSE BENJAMIN THOMAS                               **JULY 30, 2021**

---

In Re:   Jesse Benjamin Thomas, applying for supervisory writs,
         22nd Judicial District Court, Parish of St. Tammany,
         Nos. 2063-F-2020/2064-M-2020.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND HESTER, JJ.**

   **WRIT DENIED.**

                              **MRT**
                              **CHH**


      **Holdridge, J.,** concurs.


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT